UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

  Plaintiff,

v.                           Case No.    20-CR-88

DANIEL BERCZYK, et al.,

  Defendant.

---

## *AMENDED* ORDER MODIFYING RELEASE CONDITIONS

---

The defendant has filed an unopposed motion to modify his conditions of release to accommodate a new job. For good cause shown, the motion will be granted. The Defendant's conditions are hereby modified to allow travel throughout the State of Wisconsin and the Northern District of Illinois. The defendant's curfew is also extended until 10:30 p.m.

**SO ORDERED** this 22nd of September, 2020.

STEPHEN C. DRIES
United States Magistrate Judge